**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **ROBERT MARTINEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:25-cv-00244** |
| | § | |
| | § | |
| | § | |
| **THE SHERWIN-WILLIAMS COMPANY** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## NOTICE OF REMOVAL

COMES NOW, Defendant THE SHERWIN-WILLIAMS COMPANY ("Defendant") in the above-styled and numbered cause, and files this Notice of Removal of this action to the United States District Court for the Western District of Texas, Waco Division, and would respectfully show the Court as follows:

### I.    BACKGROUND

1.    On or about May 5, 2025, Plaintiff filed his Original Petition ("Petition") against Defendant in the 170th Judicial District Court of McLennan County, Texas, Cause No. 2025-1247-4 (the "Lawsuit").

2.    Defendant was served with citation and the Petition on May 12, 2025. This Notice of Removal, together with all process, pleadings, and orders served on Defendant, or otherwise on file in the Lawsuit, are being filed in this Court within 30 days after the initial service of citation on Defendant. The removal is therefore timely under 28 U.S.C. § 1446(b).

## II.    GROUNDS FOR REMOVAL – DIVERSITY

3.    Diversity jurisdiction exists in "civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States[.]" 28 U.S.C. § 1332(a).

4.    The United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states, and the damages sought exceed $75,000.

5.    Plaintiff is a citizen and resident of Texas. Petition, ¶ 3.

6.    Defendant is an Ohio corporation with its principal place of business in Cleveland, Ohio. *See* Declaration of Bruce P. Batista, ¶ 4, attached hereto as **Exhibit A**.  For purposes of diversity jurisdiction, "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1).

7.    Based on the foregoing, Defendant is considered a citizen of Ohio for purposes of diversity jurisdiction.

8.    As to the amount in controversy, Plaintiff seeks monetary damages in excess of $250,000. Petition, ¶ 5.

## III.    COMPLIANCE WITH PROCEDURAL REQUIREMENTS

9.    Pursuant to 28 U.S.C. § 1446(a), Defendant's Notice of Removal is accompanied by: (1) all executed process and pleadings in the case; and (2) the state court's docket sheet, collectively attached as **Exhibit B**. Defendant's Certificate of Interested Persons will be filed separately.

10.    Defendant will file promptly a copy of this Notice of Removal with the clerk of the state court wherein the State Court Action has been pending and serve this Notice of Removal on all named parties to the removed case.

## IV.    CONCLUSION

11.    Removal of this action is proper under 28 U.S.C. § 1441(a) since it is a civil action brought in a state court. The federal district courts have original jurisdiction under 28 U.S.C. § 1331 because Plaintiff's suit involves questions of federal law.

Defendant gives notice that the action *Robert Martinez v. The Sherwin-Williams Company*, Cause No. 2025-1247-4, pending in the 170th Judicial District Court of McLennan County, Texas, is removed to this Court.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Tiffany Stacy*
Tiffany Stacy
Texas Bar No. 24050734
tiffany.stacy@ogletree.com
112 East Pecan Street Suite 2700
San Antonio, TX 78205
Telephone: (210) 354-1300
Fax: (210) 277-2702

Shayna E. Dickman
Texas State Bar No.  24120438
shayna.dickman@ogletree.com
8117 Preston Road, Suite 500
Dallas, TX 75225
Telephone: (214) 987-3800
Fax: (214) 987-3927

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true copy of this paper has been forwarded by a method prescribed by the Texas Rules of Civil Procedure, on this 10th day of June, 2025 to:

Benjamin C. Yelverton
yelverton@sytfirm.com
SCANES YELVERTON TALBERT, LLP
100 Ritchie Road, Suite 101
P.O. Box 20965
Waco, Texas 76702

Danny C. Walsh
danwash@washthomas.com
WASH & THOMAS
6613 Sanger Ave.
Waco, Texas 76710

*Attorneys for Plaintiff*

*/s/ Tiffany Stacy*
Tiffany Stacy